RIKER DANZIG SCHERER HYLAND
 & PERRETTI LLP
Lance J. Kalik, Esq. (LK-4677)
500 Fifth Avenue
49th Floor
New York, N.Y. 10110
-and-
Headquarters Plaza
One Speedwell Avenue
Morristown, N.J.  07962-1981
lkalik@riker.com
Tel.: (973) 538-0800
Fax: (973) 538-1984

Attorneys for Defendants,
Harleysville Insurance Company of New York and
Harleysville Worcester Insurance Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| DURST PYRAMID LLC and HUNTER ROBERTS CONSTRUCTION GROUP, L.L.C., <br><br>Plaintiffs,<br><br>vs.<br><br>HARLEYSVILLE INSURANCE COMPANY OF NEW YORK, HARLEYSVILLE WORCESTER INSURANCE COMPANY and FRED GELLER ELECTRICAL, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>**ELECTRONICALLY FILED**<br><br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I hereby certify that on this date, I caused a true copy of Defendants, Harleysville Insurance Company of New York and Harleysville Worcester Insurance Company's Notice of Removal, Rule 7.1 Corporate Disclosure Statement, Civil Cover Sheet, and this Certification of Service to be filed via ECF and that I caused a true copy of the foregoing documents to be served

on counsel of record for plaintiffs, Durst Pyramid LLC and Hunter Roberts Construction Group, LLC, via FedEx at the below address:

> Scott M. Shapiro, Esq.
> Cullen and Dykman
> 44 Wall Street, 15th Floor
> New York, New York 10005

With a copy to the Clerk, Supreme Court of New York, County of New York, 60 Centre Street, Room 161, New York, New York 10007 via NYSCEF and a copy to Frank Mattera, Esq., counsel for Defendant, Fred Geller Electrical, Inc. via electronic mail.

I certify under penalty of perjury that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                /s/ Lance J. Kalik
                                                Lance J. Kalik (LK-4677)

Dated: February 1, 2018

4918387v1