

**RIKER DANZIG SCHERER HYLAND PERRETTI LLP**

ATTORNEYS AT LAW

Lance J. Kalik
Co-Managing Partner

Direct:
t: 973.451.8447
f: 973.451.8667
lkalik@riker.com
Reply to: Morristown

**SO ORDERED:** 3/5/18

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

February 28, 2018

**VIA CM/ECF**

The Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

> The Court grants Plaintiff's motion to discontinue this action without prejudice. This Order resolves Dkt. No. 18 and closes the action.
> SO ORDERED.

Re: **Durst Pyramid LLC et al, v. Harleysville Ins. Co. of New York, et al.**
**Civil Action No. 1:18-cv-00915**

Your Honor:

This firm represents defendants Harleysville Insurance Company of New York and Harleysville Worcester Insurance Company (collectively, "Harleysville") in the above-captioned matter.

Harleysville does not object to plaintiffs' request to dismiss this action without prejudice and reserves all of its rights and defenses with respect to any future declaratory judgment action brought by plaintiffs, waiving none.

Respectfully submitted,

/s/ Lance J. Kalik

Lance J. Kalik

cc: All counsel of record (via CM/ECF)

4925778v2



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAR 05 2018

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
www.riker.com